FILED

DEC - 8 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. **4:21CR00687 MTS/SRW** |
| v. ) | |
| NENO WARD, ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and William Scharf, Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), with possession with intent to distribute controlled substances, namely fentanyl and cocaine base, in violation of 21 U.S.C. 841(a), and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). A presumption of detention applies in this case.

2. According to a St. Louis Metropolitan Police Department incident report and accompanying documents, Defendant fled from St. Louis Metropolitan Police Department officers in a BMW SUV as they attempted to apprehend him. Despite having three tires disabled by spike

strips, Defendant drove dangerously at a high rate of speed, almost causing at least one collision, before exiting the vehicle and attempting to continue flee on foot.

3. Officers eventually apprehended the Defendant. A backpack he had been carrying was found to contain over 20 grams of cocaine base and over 11 grams of a mixture containing Fentanyl. Inside the backpack was also a digital scale and a wallet containing the Defendant's driver's license. Inside the vehicle that Defendant had abandoned, officers found an American Tactical Omni Hybrid AR-style pistol, loaded with a dual magazine system containing two high capacity magazines, which together were loaded with 49 live rounds of ammunition.

4. There is a serious risk that Defendant will be unable to abide by any conditions of supervision. In a previous case, Defendant had a term of probation revoked for a term of imprisonment, and he was on probation at the time of the events underlying this matter.

5. Similarly, there is a serious risk that Defendant will flee, in light of his dangerous flight from officers in this case, the strength of the evidence against him, and the lengthy sentence he faces. As a result, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required.

6. Furthermore, Defendant's criminal history and the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by Defendant's release.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required, and that will protect the safety of other persons and the community, and the Government therefore requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ William Scharf*
WILLIAM SCHARF, #66676(MO)
Assistant United States Attorney